IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA,   )
        Plaintiff,   )
                                  ) Case No.: 22-197(RAM)
  v.   )
AYENDY DE JESUS   )
        Defendant,   )

## MOTION TO RESTRICT

TO THE HONORABLE COURT
HON. AYENDY DE JESUS
US DISTRICT COURT JUDGE

    COMES now the undersigned attorney, and very respectfully State and Prays:

1.     The undersigned hereby requests leave to file a motion under the "Ex-Parte" restriction level. Such restriction level is needed, since the Motion relates to the defendant's ongoing investigation, which is confidential.

    WHEREFORE, the Undersigned Attorney respectfully requests from the Honorable Court to Grant this motion and the restriction level "Ex-Parte"

RESPECTFULLY SUBMITTED.

    IN SAN JUAN, PUERTO RICO, AUGUST 17, 2022.

                S/RAYMOND L. SANCHEZ MACEIRA
                            USDC: 211405
                            PO BOX 191972
                           SAN JUAN, PR 00919
                TEL. 787-721-3370/ FAX 787-721-4706

CERTIFICATE OF SERVICE

I HEREBY CERTIFY: That on August 17, 2022, I electronically filed the foregoing with the clerk of the Court using CM/ECF SYSTEM which will send notification of such filing to the following: AUSA in charge of the case.

IN San Juan, P.R. August 17, 2022.

```
S/RAYMOND L. SANCHEZ MACEIRA
       USDC NO. 211405
    COUNSEL FOR DEFENDANT
         PO BOX 191972
       SAN JUAN, PR 00919
TEL. 787-721-3370/ FAX 787-721-4706
```